UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **DOBLADO LUIS RAUDALES,** | : | VIOLATION: 8 U.S.C. §1326(a) and (b)(2) |
| **also known as Luis Alberto Raudales-** | : | (Reentry of an Alien Deported Following |
| **Doblado,** | : | Conviction for an Aggravated Felony) |
| **Defendant.** | : | |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about March 27, 2007, within the District of Columbia, **DOBLADO LUIS RAUDALES, also known as Luis Alberto Raudales-Doblado**, an alien, was found in the United States after having been deported from the United States, following his conviction in the Middle District of Tennessee, Nashville Division, on or about April 2, 2002, for Conspiracy to Possession With Intent to Distribute in Excess of 1000 Kilograms of Marijuana Criminal Case No. 2:01-00008-06, an aggravated felony, without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States.

(**Reentry of an Alien Deported Following Conviction for an Aggravated Felony,** in violation of Title 8, United States Code, Sections 1326(a) and (b)(2))

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia.