**United States District Court**
**Middle District of Tennessee**

**Katheryn M. Beasley**
**Deputy Clerk, Criminal Cases**

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-5498 ext. 220

*E-Mail: Katheryn_Beasley@tnmd.uscourts.gov*
*Web Site: www.tnmd.uscourts.gov*

July 20, 2007

United States District Court Clerk
1225 E. Barrett Prettyman
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

**FILED**

**JUL 2 3 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE:   TRANSMISSION OF RULE 5 DOCUMENTS
      USA v. DOBLADO LUIS RAUDALES
      District of Columbia Criminal Case No.:         07-116
      Middle District of Tennessee Magistrate Case No.:  3:07-mj-1020

Dear Clerk:

Enclosed please find certified copies of the Rule 5 documents for the above-referenced case.

Yours truly,

*/s/ Katheryn M. Beasley*
Katheryn M. Beasley

Enclosures

cc:         U.S. Marshal Service
            U.S. Probation Office

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA<br>V.<br><br>DOBLADO LUIS RAUDALES | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 07-116 | 07-1020 MG | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

   X  Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of     8     U.S.C. §     1326(a) and (b)(2)

**DISTRICT OF OFFENSE**
DISTRICT OF COLUMBIA

**DESCRIPTION OF CHARGES:**

re-entry of an alien deported following conviction for an aggravated felony

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U. S. District Court
Middle District of Tennessee
By: Kathryn Beasley
Deputy Clerk

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**    ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    ☐ No    X Yes    Language: Spanish

DISTRICT OF TENNESSEE, MIDDLE

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive the defendant.

July 19, 2007
Date

_____
United States ~~Judge or~~ Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U. S. District Court
Middle District of Tennessee

By: Kathryn Brasley
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 07-1020 MG |
| ) | |
| DOBLADO LUIS RAUDALES ) | |

### ORDER HOLDING DEFENDANT TO ANSWER
### IN THE DISTRICT OF COLUMBIA

The defendant, Doblado Luis Raudales, was arrested in this District on a Warrant issued on May 1, 2007, in the District of Columbia, D/CO Case No. 07-116, charging him with:

  __X__   violations of 8 U.S.C. § 1326(a) and (b)(2)

**Section I. Preliminary Proceedings:**

  __X__   No Preliminary Hearing held because:

      __X__   indictment returned

  __X__   Defendant waived identity hearing.

**Section II. Bond/Detention Proceedings.**

  __X__   Defendant waived detention hearing in this District and requested a hearing be held in the district of prosecution.

**IT IS HEREBY ORDERED:**

  __X__   That defendant be HELD TO ANSWER in the District of Columbia and let a Commitment to Another District issue to the U.S. Marshal, the defendant having been detained pending a hearing in the District of Columbia.

**It is SO ORDERED.**

July 19, 2007
DATE

JULIET GRIFFIN
United States Magistrate Judge

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U. S. District Court
Middle District of Tennessee
By: Kathryn Beasley
Deputy Clerk

Revised 2/24/03

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | **WAIVER OF RULE 5 HEARINGS** |
| | ) | (formerly Rule 40) |
| **DOBLADO LUIS RAUDALES** | ) | **MD/TN No. 07-1020 MG** |

I, Doblado Luis Raudales, understand that in the District of Columbia, charges are pending alleging violation of 8 U.S.C. § 1326(a) and (b)(2), and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charge(s) and of my right to:

- (X) Retain counsel or request the assignment of counsel if I am unable to retain counsel;
- (X) An identity hearing to determine if I am the person named in the charge;
- N/A ( ) A preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me (either in this District or the District of Prosecution);
- (X) My right to a hearing on the Government's motion for detention (either in this District or the District of Prosecution); and
- (X) Request transfer of the proceedings to this District pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty;

I HEREBY WAIVE (GIVE UP) MY RIGHT TO THE FOLLOWING:

- (X) an identity hearing in the Middle District of Tennessee;
- N/A ( ) a preliminary examination in the Middle District of Tennessee;
- (X) a detention hearing in the Middle District of Tennessee.

I HEREBY REQUEST THE FOLLOWING:

- N/A ( ) a preliminary hearing to be held in the district of prosecution;
- (X) a detention hearing to be held in the district of prosecution.

I therefore consent to the issuance of an order requiring my appearance in the prosecuting district where the charge(s) is(are) pending against me.

_Luis A. Raudales_
Defendant

_[signature]_
Counsel for Defendant

APPROVED IN OPEN COURT: _[signature]_     July 19, 2007
United States Magistrate Judge     Date

ATTEST AND CERTIFY,
A TRUE COPY
Clerk
U. S. District Court
Middle District of Tennessee
By: *Kathryn Beasley*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07-1020 MG |
| | ) | |
| DOBLADO LUIS RAUDALES | ) | |

**O R D E R**

On the basis of the defendant's affidavit in this cause, the Court determines that the defendant:

☐      is financially able to employ counsel and, therefore, denies his application for appointment of counsel at government expense.

☒      is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him.

☒      is financially unable to pay the fee of any witness and pursuant to Rule 17(b), of the Federal Rules of Criminal Procedure, the Clerk shall issue a subpoena for any witness, PROVIDED that the defendant and his counsel shall submit subpoenas only for those witnesses whose presence is necessary to present an adequate defense to the charge or charges.

It is so ORDERED.

Dated:      July 19, 2007

                                              JULIET GRIFFIN
                                              United States Magistrate Judge

cc:      United States Attorney
          Federal Public Defender
          United States Probation
          United States Marshal

| DECLARACIÓN JURADA SOBRE LA SITUACIÓN FINANCIERA |
|---|
| DOCUMENTO DE APOYO PARA LA ASIGNACIÓN DE ABOGADO PAGADO POR LA CORTE |

En el tribunal estadounidense de ___  ○ instrucción  ○ primera instancia  ○ apelaciones  ○ otro panel (especificar abajo)

EN EL CASO DE ___ V. ___  PARA ___ EN ___   07-1020MG

**Luis Alberto Raudales**
PERSONA REPRESENTADA (Nombre completo)

___
CARGO/DELITO
(marcar la casilla correspondiente y/o describir)   ○ delito mayor   ○ delito menor

1 ○ acusado - adulto
2 ○ acusado - menor
3 ○ apelante
4 ○ infractor – lib. cond.
5 ○ infractor – lib. prep.
6 ○ peticionario – habeas
7 ○ peticionario – 2255
8 ○ testigo esencial
9 ○ otro

Lugar número: ___

Números de referencia
Trib. de instrucción: ___
Trib. primera instancia: ___
Trib. de apelaciones: ___

**Preguntas para determinar si usted puede pagar su propio abogado o servicio**

**EMPLEO**
¿Trabaja Ud. actualmente?   ○ Sí  ☑ No  ○ Por mi cuenta
Nombre y dirección de su empleador: ___
Si está empleado, ¿cuánto gana por mes? $___  Si no está empleado, diga en qué mes y en qué año trabajó por último: ___  ¿Cuánto ganaba por mes en ese empleo? ___
Si está casado(a), ¿trabaja su esposa(o)?  ○ Sí  ☑ No
Si su esposa(o) trabaja, ¿cuánto gana ella (él) por mes? $___
Si Ud. es menor de edad, ¿cuánto ganan sus padres o sus guardianes por mes? $___

**OTROS INGRESOS**
En los últimos 12 meses, ¿Ud. ha tenido ingresos por concepto de un negocio, una profesión u otra forma de auto-empleo, o por concepto de rentas, intereses, dividendos, pensiones u otras fuentes?
○ Sí  ☑ No
SI CONTESTÓ "SÍ", PONGA LA CANTIDAD RECIBIDA Y LA FUENTE DEL INGRESO
CANTIDAD $___  FUENTE ___

**ACTIVOS**
**DINERO**
¿Ud. tiene dinero en efectivo o dinero en alguna cuenta corriente o de ahorros?
○ Sí  ☑ No  Si contestó "sí", anotar la cantidad: $___

**PROPIEDADES**
¿Ud. posee bienes inmuebles, acciones, bonos, documentos bancarios, automóviles u otra propiedad de valor (aparte de su menaje de casa y su ropa)?  ○ Sí  ☑ No
SI CONTESTÓ "SÍ", DECLARE EL VALOR DE LA PROPIEDAD Y DESCRÍBALA
VALOR ___  DESCRIPCIÓN ___

**DEPENDIENTES**
ESTADO CIVIL
☑ soltero(a)
__ casado(a)
__ viudo(a)
__ separado(a)
__ divorciado(a)
Número de dependientes ___
Personas que Ud. mantiene y el parentesco que los une ___

**PASIVOS**
DEUDAS Y PAGOS MENSUALES
(poner todos los acreedores, incluyendo bancos, prestamistas, tarjetas de crédito; etc.)
APARTAMENTO O CASA: **None**
Acreedores ___  Deuda total $___  Pago mensual $___

Certifico bajo pena de ser enjuiciado por perjurio que lo anterior es cierto y preciso. Ejecutado el 19 de July de 200 7

FIRMA DE L (LA) ACUSADO(A)
(O DE LA PERSONA REPRESENTADA)  *Luis A. Raudales*

[Stamp: ATTEST AND CERTIFY A TRUE COPY - Clerk, U.S. District Court, Middle District of Tennessee - By: Kathleen Bradley, Deputy Clerk]

### MAGISTRATE JUDGE GRIFFIN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. _USA v. Doblado Luis Laudalez_, No. _07-1020 MG_

**ATTORNEY FOR GOVERNMENT:** _Blanche Cook_

**ATTORNEY FOR DEFENDANT:** _Ron Small_

**INTERPRETER NEEDED?** (YES)  NO  LANGUAGE/INTERPRETER: _Spanish / Myra Dann_
☒ PRESENT    ☐ ON TELEPHONE

☒ **INITIAL APPEARANCE**

☒ **DEFENDANT ARRESTED ON:** _7/19/07_
☐ DEFENDANT APPEARED ON A SUMMONS

**DEFENDANT HAS A COPY OF:**
☐ Complaint ☒ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
☒ Defendant advised of the charges and the maximum penalties
☒ Defendant has a copy of notice of rights
☒ Defendant advised of right to counsel        ☐ Counsel retained
☒ Defendant sworn and financial affidavit filed   ☒ FPD Appointed
☒ Defendant advised of right to silence
☒ Defendant advised of right to identity hearing
☐ Defendant advised of right to preliminary hearing
☒ Government moved for detention  oral        ☐ Defendant in state/federal custody
☒ Defendant temporarily detained               ☐ ICE detainer on defendant
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant remains on current conditions of supervised release
☐ Defendant released on:
    ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
    ☐ Appearance bond in the amount of: _____
    ☐ Property bond [description of property]: _____
    ☐ Performance bond [as set out in conditions of release]

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By: _Kathryn Brasley_
Deputy Clerk

☐ **GRAND JURY WAIVED IN OPEN COURT**   [Defendant sworn and advised of rights by Court]

☐ **ARRAIGNMENT**
☐ Defendant acknowledges he/she has copy of Indictment/Information
☐ Indictment/Information read to defendant by Judge   ☐ Defendant waives reading thereof
**PLEA:** ☐ GUILTY   ☐ NOT GUILTY
☐ Defendant intends to plead guilty and case referred to District Judge
☐ Misdemeanor - defendant consented to trial before Magistrate Judge
☐ Written plea agreement/filed in open Court   ☐ Oral plea agreement
☐ Guilty plea:   ☐ Accepted   ☐ Rejected   ☐ Taken under advisement

☒ **IDENTITY HEARING**
☐ Held, defendant found to be person named in warrant
☐ Held, defendant found NOT to be person named in warrant and released
☒ Waived in open Court
☒ _Defendant held to answer in District of Prosecution_

**DATE:** _7/19/07_        **TOTAL TIME:** _15 min_
**BEGIN TIME:** _2:41_      **END TIME:** _2:56_
**TAPE NO.(S)** _G 2007-055_

Form Revised 7/5/2007          Page 1 of _2_

☐ **PRELIMINARY HEARING**
    ☐ Held to answer/bound over    ☐ Discharged from custody
    ☐ Held to answer in District of Prosecution
    ☐ Defendant reserved right to have hearing in District of Prosecution
    ☐ Defendant waived preliminary hearing

☒ **DETENTION HEARING**
    ☐ Government withdrew motion for detention or agreed to release
    ☐ Pretrial Services Report made a part of the record    ☐ Counsel moved to retain copy of PTSR/granted
    ☐ Bond set at: _____    ☐ Defendant released on [date]:_____
    ☒ Defendant elected to have hearing in District of Prosecution
    ☐ Defendant waived detention hearing    ☐ Defendant reserved right to hearing in future
    ☐ Defendant detained, order to enter    ☐ ICE detainer pending
    ☐ Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of execution of release pending appeal
        ☐ Motion granted    ☐ Motion denied
    ☐ Defendant advised of right to appeal

☐ **OTHER**
    ☐ Type of hearing and outcome: _____
_____
_____

☒ **DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER**

☐ **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**

**Preliminary/Detention/Arraignment hearing CONTINUED TO:**_____

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**    (Witnesses, Exhibits, Attach W/Ex List if necessary)

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U. S. District Court
Middle District of Tennessee

By: Kathleen Beasley
        Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 1:06-00013 |
| | ) | MAGISTRATE JUDGE GRIFFIN |
| | ) | |
| DOBLADO LUIS RAUDALES | ) | |

## MOTION FOR DETENTION

Pursuant to Title 18, United States Code, Section 3142, the United States moves to have Defendant detained pending proceedings in this matter. The Government submits that no condition of bail, as set forth in Title 18, United States Code, Section 3142(c), or otherwise, or any combination of such conditions, will reasonably assure Defendant's appearance at trial.

RESPECTFULLY SUBMITTED.
CRAIG S. MORFORD
United States Attorney for the
Middle District of Tennessee

By: S/ Blanche Cook
Blanche Cook
Assistant U.S. Attorney
110 9th Ave., South
Nashville, TN 37203
Phone: 615-736-5151

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document has been served upon counsel for Defendant by email on Friday, July 19, 2007.

                                          s/Blanche Cook
                                          BLANCHE COOK

2

JUL 19 2007 15:37 FR USM                       TO 916157365322   P.02

07-1020mG
568613

# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 07-116 | MAGIS. NO: |
| v.<br><br>DOBLADO LUIS RAUDALES | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Doblado Luis Raudales | |
| DOB:          PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:    INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

REENTRY OF AN ALIEN DEPORTED FOLLOWING CONVICTION FOR AN AGGRAVATED FELONY

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>8:1326(a) and (b)(2) |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED |
|---|---|---|
| U.S. MAGISTRATE JUDGE KAY | U.S. MAGISTRATE JUDGE ALAN KAY | 5/1/07 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>5/1/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | 7/19/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER | | |
|---|---|---|---|---|---|
| DATE EXECUTED | 7/19/07 | Daniel C. Link<br>Deputy U.S. Marshal | | | |
| HIDTA CASE: | Yes  No X | | OCDETF CASE: | Yes | No X |

*Stamped: COPY - ORIGINAL WARRANT ON FILE, THIS COPY FOR INVESTIGATIVE PURPOSES ONLY*

07-mj-1020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 07-116 |
| v. | : | GRAND JURY ORIGINAL |
| DOBLADO LUIS RAUDALES, also known as Luis Alberto Raudales-Doblado, | : : : | VIOLATION: 8 U.S.C. §1326(a) and (b)(2) (Reentry of an Alien Deported Following Conviction for an Aggravated Felony) |
| Defendant. | : | |

**INDICTMENT**      FILED IN OPEN COURT

The Grand Jury charges that:                MAY 0 1 2007

KENNEDY, JR. J. HHK

**COUNT ONE**        CLERK, U.S. DISTRICT COURT
                     DISTRICT OF COLUMBIA

On or about March 27, 2007, within the District of Columbia, DOBLADO LUIS RAUDALES, also known as Luis Alberto Raudales-Doblado, an alien, was found in the United States after having been deported from the United States, following his conviction in the Middle District of Tennessee, Nashville Division, on or about April 2, 2002, for Conspiracy to Possession With Intent to Distribute in Excess of 1000 Kilograms of Marijuana Criminal Case No. 2:01-00008-06, an aggravated felony, without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States.

(Reentry of an Alien Deported Following Conviction for an Aggravated Felony, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2))

A TRUE BILL:

FOREPERSON. Charles E. Berry

_____
Attorney of the United States in
and for the District of Columbia.

# U.S. District Court
## Middle District of Tennessee (Nashville)
### CRIMINAL DOCKET FOR CASE #: 3:07-mj-01020-ALL
#### Internal Use Only

Case title. USA v. Raudales
Other court case number: 07-116 District of District of Columbia

Date Filed: 07/19/2007

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U. S. District Court
Middle District of Tennessee

By: Kathryn Beasley
Deputy Clerk

Assigned to: Magistrate Judge Juliet E. Griffin

**Defendant**

**Doblado Luis Raudales** (1)
*RULE 5*
*TERMINATED 07/19/2007*

represented by **Ronald Clayton Small**
Federal Public Defender's Office
810 Broadway
Suite 200
Nashville, TN 37203
(615) 736-5047
Email: ron_small@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA

represented by **Blanche B. Cook**
Office of the United States Attorney (MDTN)
110 Ninth Avenue, S
Suite A961
Nashville, TN 37203-3870
(615) 736-5151
Email: blanche.b.cook@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2007 | 1 | Out-of-District Arrest Warrant Returned Executed on 7/19/07 as to Doblado Luis Raudales. (kb, ) (Entered: 07/20/2007) |
| 07/19/2007 | 2 | MOTION for Detention by USA as to Doblado Luis Raudales. (kb, ) (Entered: 07/20/2007) |
| 07/19/2007 | 3 | Minute Entry for proceedings held before Judge Juliet E. Griffin :Initial Appearance in Rule 5(c)(3) Proceedings as to Doblado Luis Raudales held on 7/19/2007. Deft waived Identity hearing and requested detention hearing be held in district of prosecution Terminating 2 MOTION for Detention filed by USA. Interpreter present. (Tape #G2007-55.) (kb, ) (Entered: 07/20/2007) |
| 07/19/2007 | 4 | CJA 23 Financial Affidavit by Doblado Luis Raudales (kb, ) (Entered: 07/20/2007) |
| 07/19/2007 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Doblado Luis Raudales . Signed by Judge Juliet E. Griffin on 7/19/07. (kb, ) (Entered: 07/20/2007) |
| 07/19/2007 | 6 | WAIVER of Rule 5(c)(3) Hearing by Doblado Luis Raudales (kb, ) (Entered: 07/20/2007) |
| 07/19/2007 | 7 | ORDER HOLDING DEFENDANT TO ANSWER IN DISTRICT OF COLUMBIA as to Doblado Luis Raudales . Signed by Judge Juliet E. Griffin on 7/19/07. (kb, ) (Entered: 07/20/2007) |
| 07/19/2007 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Doblado Luis Raudales. Defendant committed to District of of Columbia. Signed by Judge Juliet E. Griffin on 7/19/07. (kb, ) (Entered: 07/20/2007) |
| 07/20/2007 | 9 | Certified Copies of pertinent documents sent to District of Columbia as to deft Doblado Luis Raudales. (kb, ) (Entered: 07/20/2007) |