# WARRANT FOR ARREST

568613

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | **DOCKET NO:** 07-116 | **MAGIS. NO:** |
| v. DOBLADO LUIS RAUDALES | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED** Doblado Luis Raudales | **FILED** AUG 2 1 2007 |
| **DOB:**    **PDID:** | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| **WARRANT ISSUED ON THE BASIS OF:**  INDICTMENT | **DISTRICT OF ARREST** | |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

REENTRY OF AN ALIEN DEPORTED FOLLOWING CONVICTION FOR AN AGGRAVATED FELONY

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

8:1326(a) and (b)(2)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED |
|---|---|---|
| U.S. MAGISTRATE JUDGE KAY | U.S. MAGISTRATE JUDGE ALAN KAY | 5/1/07 |
| **CLERK OF COURT:** Nancy Mayer-Whittington | BY DEPUTY CLERK: | **DATE:** 5/1/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8/21/07 | NAME AND TITLE OF ARRESTING OFFICER Fitzgerald, Derrick  Reporting DUSM | SIGNATURE OF ARRESTING OFFICER Reporting |
|---|---|---|
| DATE EXECUTED 5/1/07 | | |
| HIDTA CASE:   Yes   No  X | | OCDETF CASE:   Yes   No  X |