## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                                  :          *O7- 116*
           v.                     :     Criminal Case No. ~~07-002~~  *(HHK)*
                                  :                              **FILED**
                                  :
Doblado Luis Raudales,            :                        NOV 0 ᵤ 2007
aka Luis Alberto Raudales-Doblado :

                                             NANCY MAYER WHITTINGTON, CLERK
                                                    U.S. DISTRICT COURT

## STATEMENT OF FACTS

The parties in this case, the United States of America and the defendant, Doblado Luis Raudales, aka Luis Alberto Raudales-Doblado, stipulate and agree that the following facts are true and would have been proven beyond a reasonable doubt had this case gone to trial. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that there exists sufficient evidence to prove that the defendant committed the offense to which he is pleading guilty.

In April 2002 the defendant was convicted of Conspiracy to Possess With Intent to Distribute in Excess of 1000 Kilograms of Marijuana, Criminal Case No.2:01-00008-06, in the Middle District of Tennessee, Nashville Division. As a result of his conviction, the defendant was arrested by Immigrations and Customs Enforcement (ICE) Agents and put into removal proceedings. On September 30, 2002, an Immigration Judge entered an Order that the defendant be removed from the United States to Honduras. On October 16, 2002, the defendant received a "Warning to Alien Ordered Removed or Deported," which advised him in writing that after his removal, he was prohibited from entering the United States at any time without the prior approval of the U.S. Attorney General. On November 14, 2002, pursuant to the Order of Removal issued on September 30, 2002, Raudales was removed from Springfield, Tennessee and returned to Honduras.

On or about March 27, 2007, law enforcement officers arrested the defendant in Washington, D.C. While in custody and following the advisement of his Administrative and Miranda rights, the defendant stated that he re-entered the United States illegally. He also admitted that he had been previously deported from the United States and that he re-entered the United States without having applied for permission from the Attorney General, or the Secretary of Homeland Security or his authorized delegate.

ANGELA HART-EDWARDS
Assistant United States Attorney

CARLOS VANEGAS, Esquire
Attorney for Defendant

Doblado Luis Raudales,
aka Luis Alberto Raudales-Doblado
Defendant

10/12/07
Date

10/12/07
Date