UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | DOCKET NO.: CR-07-116-01 |
| ) | |
| Doblado Luis Raudales ) | |

## ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on January 16, 2008. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant. Accordingly, it is by the Court, this 8th day of February, 2008,

**ORDERED,** that within five days of the date of this Order, counsel for the government shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____
Henry H. Kennedy, Jr.
United States District Judge

2/8/08
DATE