**HONORABLE HENRY  . KENNEDY, JR., UNITED STATE  DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA      :    Docket No.: 07-CR-116

FEB 1 9 2008

vs.                                                 :    SSN:

MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

RAUDALES, Doblado Luis          :    Disclosure Date: January 16, 2008

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
    ( )   There are no material/factual inaccuracies therein.
    (✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____  RHONDA L. CAMPBELL          2-13-08
Prosecuting Attorney                                              Date

### For the Defendant

(CHECK APPROPRIATE BOX)
    ( )   There are no material/factual inaccuracies therein.
    ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____    _____  _____
Defendant                           Date             Defense Counsel                    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **January 30, 2008**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---



*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 13, 2008

<u>By Facsimile 202-273-0193 and U.S. Mail</u>

Kelly Kraemer-Soares
United States Probation Officer
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    <u>United States v. Doblado Luis Raudales, 07-CR-116</u>

Dear Ms. Kraemer-Soares:

    I write to submit the following correction to a statement contained in the Presentence Investigation Report prepared in the above-referenced case.

    The report states in paragraph 5 that, "Accordingly, neither party will seek such a departure or seek any adjustment not set forth in the plea agreement, nor will either party suggest to the Court to consider such an adjustment." However, in our plea agreement, paragraph 7 states, "The parties agree that neither party is precluded from arguing for or against the applicability of additional enhancements or adjustments that may apply."

    Sincerely,

    Rhonda L. Campbell
    Assistant United States Attorney

cc:    Carlos Vanegas
    Federal Public Defender for the District of Columbia
    625 Indiana Avenue, N.W., Suite 550
    Washington, D.C. 20004