HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | **FILED**<br>FEB 19 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

UNITED STATES OF AMERICA           :     Docket No.: <u>07-CR-116</u>
                                                              :
vs.                                                      :     SSN:
                                                              :
RAUDALES, Doblado Luis                :     Disclosure Date: <u>January 16, 2008</u>

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                     _____
Prosecuting Attorney                                                                      Date

### For the Defendant

(CHECK APPROPRIATE BOX)
    (X)    There are no material/factual inaccuracies therein.
    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signed] Luis Raudales_  1-18-07          _[signed]_  1/23/08
Defendant             Date                                  Defense Counsel     Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 30, 2008</u>, to U.S. Probation Officer <u>Kelly Kraemer-Soares</u>, telephone number <u>(202) 565-1353</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:     Gennine A. Hagar, Chief
          United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

**A. J. KRAMER**
*Federal Public Defender*

**TELEPHONE (202) 208-7500**
**FAX (202) 208-7515**

**CARLOS J. VANEGAS**
*Assistant Federal Public Defender*

January 23, 2008

To: Kelli Kraemer-Soares
United States Probation Officer

      Re: Receipt and Acknowledgment of the Presentence Investigation Report;
<u>United States v. Luis Ruadales-Doblado</u> Crim No: 07-1116(HHK)

Dear Ms. Kraemer-Soares,

    I have no objections to the PSR, but I am requesting that the final report include the availability to the Court of a "Smith" departure pursuant to <u>U.S. v. Smith</u> 27 F.3d 649 and <u>Lartey v. Department of Justice</u>, 790 F. Supp. 130. In reading the <u>Smith</u> opinion I didn't see any language limiting the applicability of the departure to a single conviction. If my understanding is incorrect, I still want the final draft to reflect that I requested the <u>Smith</u> and <u>Lartey</u> departure language that is ordinarily included in the final paragraphs of the PSR for defendants who are not United States citizens and are deportable.

                                            Sincerely

                                            Carlos J. Vanegas
                                            Assistant Federal Defender