NOTICE OF APPEAL CRIMINAL

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-116 (HHK) |
| | : |
| LUIS RAUDALES-DOBLADO | : |
| | : |

## NOTICE OF APPEAL

**Name and address of appellant**

Luis Raudales-Doblado
Central Treatment Facility (CCA)
1901 E. St. S.E
Washington, D.C. 20002

**Name and address of appellant's attorney**

Carlos J. Vanegas.
Assistant Federal Public Defender
625 Indiana Avenue NW., Suite 550
Washington, DC 20004

**Offense**

Re-entry of an Alien Deported Following a Conviction for Aggravated Felony in violation of 8 U.S.C. § 1326(a)

**Concise statement of judgment or order, giving date, and any sentence**

Sentenced to 27 months imprisonment, followed by 2 years supervised release; a special assessment of $100.00.

**Name of institution where now confined, if not on bail**

Central Treatment Facility (CCA)
1901 E. St. S.E
Washington, D.C. 20002

**United States Courthouse • 333 Constitution Avenue N.W.**

    I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| February 29, 2008 | Luis Alberto Raudales-Doblado |
|---|---|
| DATE | APPELLANT |

| CJA, NO FEE  X | Carlos J. Vanegas |
|---|---|
| PAID USDC FEE ___ | ATTORNEY FOR APPELLANT |
| PAID USCA FEE ___ | |

Does counsel wish to appear on appeal? No

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes