# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-3019**  **September Term 2007**

07cr00116-01

**Filed On: September 2, 2008** [1135985]

United States of America,

    Appellee

    v.

Doblado Luis Raudales, also known as Luis Alberto Raudales-Doblado,

    Appellant

**FILED**

SEP 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

### ORDER

Upon consideration of appellant's motion to dismiss appeal, and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                             BY:   /s/
                                    Mark A. Butler
                                    Deputy Clerk